CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## UNITED STATES DISTRICT COURT
### for the
### Southern District of California

**FILED**

Apr 17 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ AC          DEPUTY

Kent G. Lehman

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

The People of California
Jesse Hart *Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.     **'26 CV 2452 RBM DEB**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

**Complaint for Damages**

The Americans with Disabilities Act violations

The Drivers Privacy Act violations

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kent G. Lehman |
| Street Address | 2246 E. Vista Canyon Rd Orange Ca 92867 |
| City and County | Orange County Ca |
| State and Zip Code | |
| Telephone Number | (949) 480-2321 |
| E-mail Address | K-Lawback @ USA.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

1

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

Defendant No. 1

    Name      The People of the STATE of California

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Question       ☒ Diversity of Citizenship       ☐ U.S. Government Defendant

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* __Kent G Lehman__, is a citizen of the State of *(name)* __Nebraska__. Or is a citizen of *(foreign nation)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* __The People__, is a citizen of the State of *(name)* __California__. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a Limited Liability Company (LLC)

      The defendant LLC's individual members, *(names)* _____

      are citizens of the following States or foreign nations *(names)*:

      _____.

3

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

c.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

12,000,000

## III.    Venue

The ~~Southern~~ District of California includes the Counties of San Diego and Imperial. If <u>one</u> of the venue options below applies, the ~~Southern District~~ is the correct place to file your lawsuit.

Venue is appropriate in this Court because *(check all that apply)*:

☐    a substantial part of the events I am suing about occurred in ~~San Diego or Imperial County~~

☐    a substantial part of the property I am suing about is located in ~~San Diego or Imperial County~~

☐    I am suing the U.S. government, federal agency, or a federal official in his/her/their official capacity <u>and</u> I live in San Diego or Imperial County

☒    at least one defendant resides in this district and all other defendants reside in California

☐    Other (identify the specific statute that says venue is proper here):

_____ .

4

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

**IV.**   **Statement of Claim(s)**

Write a short and plain statement of each claim or legal cause of action you believe entitles you to relief.  In your own words, briefly explain <u>what</u> each defendant did, <u>when</u> and <u>where</u> they did it, and <u>how</u> each defendant's acts or omissions caused you harm. If you wish to make more than one claim for relief, number each one and include a short and plain statement of each claim in a separate paragraph, as set forth below. Attach additional pages if needed.

A.   FIRST CLAIM FOR RELIEF: <u>Americans with Disabilities</u> (identify the law or right you claim was violated), by <u>People of California</u>

(name the defendant(s) involved).

Supporting Facts: (explain what happened): <u>Plaintiff Privacy has been violated.</u> Plaintiff has been experiencing mass Discrimination by the Public whereby the use of false information and denegatory statements regarding Plaintiff, plaintiffs personally identifying information, and or plaintiff past have been made and continue to circulate throught the community and across countoes in an insulting & humiliating fashion while in Public. Many occussions have caused an unwarrented ban from various stores, organizations, clinics, public resource facilities, public transportation, campus and other private and public establishments. also some Social media as a result of defendants defamation of character. Invasion of Privacy several marketing adds, branding, publishings as a direct result of the People of Californias treatment Plaintiff Suffers from damages, phsycolegical harm, loss of wages.

5

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## IV. Statement of Claim(s) (cont'd)

B.    SECOND CLAIM FOR RELIEF: *The Drivers Privacy Act* _____ (identify the law or right you

claim was violated), by _____ *the People of California* _____ (name

the defendant(s) involved).

Supporting Facts: (explain what happened): *Invasion of Drivers Privacy.* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

C.    THIRD CLAIM FOR RELIEF: _____ (identify the law or right you claim

was violated), by _____ (name the

defendant(s) involved).

Supporting Facts: (explain what happened): _____

_____

_____

_____

_____

_____

_____

6

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.

☒ Money damages in the amount of: _12 million_.

☒ Other (explain): _Cost to bring suit._

_Injunctive Relief_

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or lack of information.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _April 17th 2026_

Plaintiff's Signature: _Kent Y Leh_

Plaintiff's Printed Name: _Kent G Lehman_

7

Personal Injuries: Anxiety, depression, PTSD, neck and spine injuries, arthritis, musculoskeletal injuries, prostatitis, tinnitus, appendicitis surgery, mental health assessments, and associated costs such as therapy, medication, and miscellaneous medical supplies. Opportunity Costs: Loss of opportunities, cost of traveling, banking, commuting, tax refund delays, decrease in credit rating, and overall decline in insurability.

## Requested Relief:

1. Compensatory Relief: Full compensation for all economic losses, medical expenses, and other financial damages directly caused by your actions and inactions.
2. Declaratory Relief: A court declaration recognizing the breaches and my resulting damages.
3. Pain and Suffering: Compensation for emotional and physical pain endured during this period.
4. Punitive Damages: Punitive measures to discourage future negligence.
5. Costs Incurred in Suit: Reimbursement of all legal and administrative costs related to this action.
6. Equitable Relief: Any other relief the court deems fit under equitable principles.
7. Injunctive Relief: An injunction to prevent further breaches and to ensure compliance with established policies, procedures, and ethical standards.
8. Order of Removal and Temporary Restraining Order: Necessary measures to prevent further immediate harm.
9. Administrative Relief & Redress of Grievances: Measures that ensure proper adherence to policies, procedures, and ethical standards moving forward.

RE: Formal Demand for Relief Due to Breach of Duty and Resulting Damages, Notice of Intent to Sue, Notice of Interested Parties, and Related Actionable Offenses